FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAY 3   4 47 PM '05

RALPH L. DELOACH

BY_____
AT WICHITA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v.  ) | No. 05-10087-01-MLB |
| ) | |
| DAVID CAMPBELL, ) | Count 1 |
| ) | 20 U.S.C. §1097 |
| ) | |
| Defendant. ) | Count 2 |
| ) | 18 U.S.C. §666 |

## INDICTMENT

The Grand Jury charges:

### Count 1
### Embezzlement from Student Assistance Programs
### Title 20, United States Code, Section 1097(a)

Beginning as early as August 25, 2003, and continuing through February 21, 2005, in the District of Kansas and elsewhere,

### DAVID CAMPBELL,

the defendant herein, did willfully and knowingly, embezzle, misapply, obtain by fraud and obtain by false statement funds and property provided and insured under Subchapter IV of Chapter 28 of Title 20, United States Code, and part C of Subchapter I of Chapter 34 of Title 42, United States Code, in an amount in excess of $200.00, in that, the defendant prepared and aided and abetted the preparation of false time sheets under the Federal Work Study Program, that were submitted and resulted in the payment of approximately $7,714.72 in

federal funds to student athletes by Barton County Community College when the student athletes were not entitled to receive said funds.

In violation of Title 20, United States Code, Section 1097(a) and Title 18, United States Code, Section 2.

## Count 2
### Theft Concerning Programs Receiving Federal Funds
### Title 18, United States Code, Section 666

Beginning on or about August 25, 2003, and continuing through February 21, 2005, in the District of Kansas, and elsewhere,

### DAVID CAMPBELL,

the defendant herein, while an agent and employee of Barton County Community College, a local organization that received federal benefits in excess of $10,000.00, in any one year period (August 26, 2002, through February 21, 2005) from a federal program, did intentionally misapply and knowingly embezzle, obtain by fraud and without authority convert to the use of any person other than the rightful owner, property that was valued at $5,000.00 and more, and was owned by and under the care, custody and control of Barton County Community College, in that, the defendant caused and aided and abetted the payment of student employment funds to students that were not entitled to receive the funds in an approximate amount of $63,205.09.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

A TRUE BILL

___5/3/05___  
DATE

_____  
FOREMAN OF THE GRAND JURY


*AUSA Debra Barnett for*  
ERIC F. MELGREN  
United States Attorney  
1200 Epic Center  
301 N. Main  
Wichita, KS 67202  
(316) 269-6481  
Ks. S.Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)


Returned in open court this __3d__ day of May, 2005.

_____  
UNITED STATES MAGISTRATE/DISTRICT JUDGE

3